PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _Eastern_ **DISTRICT OF TEXAS**
_Tyler_ **DIVISION**

JUN 2 6 2019

Clerk, U.S. District Court
Texas Eastern

Brett David Bogus - 2023182
Plaintiff's Name and ID Number

Powledge Unit ~ Palestine, TX.
Place of Confinement

CASE NO. _6:19-CV-278_
(Clerk will assign the number)

JDK/KNM

v.

Lorie Davis, P.O. Box 99, Huntsville, TX, 77342
Defendant's Name and Address

Ricky Minton, Powledge Unit, 1400 FM 3452, Palestine, TX, 75803
Defendant's Name and Address

LeeAnn Spears-Hollis, Powledge Unit, 1400 FM 3452, Palestine, TX, 75803
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

    B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.   Approximate date of filing lawsuit: February 4, 2019

        2.   Parties to previous lawsuit:
        Plaintiff(s) Brett David Bogus   (Ex parte Bogus)
        Defendant(s) State of Texas

        3.   Court: (If federal, name the district; if state, name the county.) Harris County

        4.   Cause number: 1433472-A

        5.   Name of judge to whom case was assigned: Honorable Nikita Harmon

        6.   Disposition: (Was the case dismissed, appealed, still pending?) Pending

        7.   Approximate date of disposition: _____

Rev. 05/15

2

II.    PLACE OF PRESENT CONFINEMENT:  _Powledge Unit ~ TDCJ , Palestine, TX._

EXHIBIT 1

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___✓___ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.  Name and address of plaintiff:  _Brett David Bogus, #02023182, Powledge Unit, 1400_
_FM 3452, Palestine, TX 75803_

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Lorie Davis, Director, Texas Department of Criminal Justice, P.O. Box 99, Huntsville, TX, 77342_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Responsible for overall operation of Dept. and each institution within jurisdiction and plaintiff welfare_

Defendant #2: _Ricky Minton Powledge Unit, 1400 FM 3452, Palestine TX 75803_
_Correctional Officer, C.O.V, assigned to unit, has intentionally violated constitutional rights of_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_plaintiff, as well as, guidelines, policies and procedures_

Defendant #3: _Lee Ann Hollis, Powledge Unit 1400 FM 3452, Palestine, TX 75803_
_Rank-Librarian III, has intentionally altered policy and procedures, failed to correct, manage_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_or protect offender welfare or preserve the integrity of constitutional mandates_

Defendant #4: _Andrew Ginsel, Powledge Unit, 1400 FM 3452, Palestine, Tx. 75803_
_Rank-Major. has intentionally retaliated, with conscious and deliberate indifference_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_to harm and injure plaintiff, emotionally and physically, in violation of First and Eighth Amendments._

Defendant #5: _Michael Sizemore, Powledge Unit, 1400 FM3452, Palestine, Tx 75803_
_Manager-Medical Director. Has reviewed plaintiff's medical file and consciously and_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_deliberately refused medical treatment, in lieu of "real world records" on file - 8th Amend._

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1. On or about, March 2, 2018, defendant, C.O.# Ricky Minton (Minton) began a pattern of "bad faith" that has continued through June 19, 2019. Plaintiff asserts he's used abusive, offensive language; denied and deprived "Access To Courts" in violation of First Amendment Rights guaranteed by the United States Constitution.

2. Defendant Minton felt belittled after being confronted eavesdropping regarding legal matters he had no knowledge, understanding of ~ and no business discussing.

3. On March 15, 2018 plaintiff was placed on Trusty Camp. On March 23, 2018, Minton and defendant Lee Ann Spears-Hollis (Hollis) began a pattern depriving plaintiff: a) materials on the Unit's mandatory Holdings' List: B) requested items - legal materials per ATC-080, and c)

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks declaration that Constitutional Rights were violated, temporary and permanent injunctions be ORDERED and Compensatory and Punitive damages levied against each defendant

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Brett Bogus, Brett David Bogus

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ #02023182 - SID #07730127

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____ YES ____✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied?                    YES ____ NO

Rev. 05/15

C.  Has any court ever warned or notified you that sanctions could be imposed?          \_\_\_\_YES ✓\_\_NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date warning was issued: _____

Executed on: _6-23 19_
          DATE

_Brett David Bogus_
_(Signature of Plaintiff)_

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __23rd__ day of __June__ , 20 _19_ .
          (Day)                    (month)              (year)

_Brett David Bogus_
_(Signature of Plaintiff)_

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

5

I. (cont.) Brett David Bogus v. Lorie Davis

   1.  Filed January 10, 2019

   2.  Brett David Bogus

       Lorie Davis, Director, Texas Dept. Crim. Justice

   3.  Southern District

   4.  Civil Action No. H-19-122

   5.  Judge Sim Lake

   6.  Pending


IV (cont)

Defendant #6: Tammy Rainey, Powledge Unit, 1400 FM 3452, Palestine, TX, 75803. Rank - Investigator II. This agent has deprived plaintiff due process and equal protection of the Fourteenth Amendment, having never questioned me or compared logs.

Defendant #7: Bradley Yancy, Powledge Unit, 1400 FM 3452, Palestine, TX, 75803. Rank - Sargeant. This agent has heard abusive language, knows material facts, and instead of reporting offenses to the Office of Inspector General, advised an accused.

Defendant #8: Jimmy Bowman, Powledge Unit, 1400 FM 3452, Palestine, TX, 75803. Rank - Warden. Has represented investigations took

#8 (cont.)

Place, has read additional information and failed to correct misconduct.

Defendant #9: Vernon Mitchell, Powledge Unit, 1400 FM 3452, Palestine, TX, 15803. Rank - Assistant Warden. This agent has communicated with Plaintiff and not overseen or managed defendants regarding Constitutional depravations alleged.

## V. STATEMENT OF CLAIM

c) continually implementing arbitrary, capricious, unreasonable rules - in "bad faith". Plaintiff maintains violations of TDCJ directives: BP-03.81, ATC-080, PD-22 (The general rules of conduct). (Attached hereto as Exhibit 1 and incorporated hereafter for all purposes)

4. Plaintiff began March 24, 2018 (Attached hereto as Exhibit 2 and incorporated hereafter for all purposes) communicating with defendants Hollis and Minton regarding materials requested. TDCJ rules apply "system wide" equal access. Between September 2016 - October 2017 plaintiff had access on a Trusty Facility.

5. Plaintiff maintains between March 23, 2018 and May 23, 2018, of 27 potential delivery days, defendants deprived legal materials 13 times. Plaintiff was damaged and harmed without access to file time extensions, argue time bar or argue post conviction relief.

②

6. Plaintiff encountered arbitrary, capricious rules and sent direct communications to wardens as early as, April 22, 2018 and has been ongoing ever since, most recently June 5th, 2019. (attached here to Exhibit 3 and incorporated hereafter for all purposes) Plaintiffs' attempt to resolve conspiratorial conduct, acts by defendants in "bad faith" to no avail.

7. Plaintiff alleges his civil rights have continually been violated and when "in depth" research was requested, defendant Minton, "post request," manipulated and misrepresented, "guidelines, policies and procedures" (attached here to Exhibit 4 and incorporated hereafter for all purposes) delaying for months he attempted to get relief. This intentional action, is conscious indifference, "cruel and unusual punishment" in violation of the Eighth Amend, of the United States Constitution.

8. Plaintiff ceased writing Grievances between November 7, 2018 and January 4, 2019 while waiting for a parole vote. Minton alleged he would write The Texas Board of Pardons and Paroles. Plaintiff asks this Honorable Court to request the "Parole File" and view it, "in camera" for any irregularity. Minton's threat is "cruel and unusual."

③

9. Plaintiff maintains that defendants Lorie Davis, Hollis, Minton; Knew or should have known that, regardless of the diagnosis Minton's behavior and conduct was at minimum, unconstitutionally challenged. The failure of Hollis, Wardens, defendants Rainey or Yancy to "check" the allegations put the prison population at risk.

10. In March 2019, delivery denials began again. (Plaintiff maintains two (2)logs) which have never been copied or reviewed by Rainey. On March 29, 2019, Minton and Spears-Hollis, issued a "Law Library Rule" delivered to plaintiff and one other offender, plaintiff was assisting. The rule was immediately shown to Sgt. Prentice, who notified Lt. Crist on her weekend off. On Monday, April 1, 2019, Lt. Crist contacted Warden Berger—who rendered a "Disregard" within minutes of being advised.

11. On April 4, 2019, another rule was authorized-which contains language, "only being used at the Powledge Unit." Plaintiff argues further violations of the Due Process and Equal Protection Clauses of the Fourteenth Amendment and TDCJ rules.

12. Because the law library continued to deprive plaintiff on 3/29/19, an I-60 (inter-unit communication) resulted in Minton's abusive use of the Disciplinary process and wrote an erroneous case #20190192029.

④

12. (cont.)

Minton's false allegation resulted in a "Not Guilty," (attached hereto as Exhibit 5 and incorporated hereafter for all purposes.) Another incident of misconduct came to light when Sgt. Cunningham reported Minton having called an offender "a piece of sh*t" (expletive) in her presence.

13. Plaintiff maintains that when Hollis was talked to on or about April 26, 2019, she conveyed having no knowledge of Minton's conduct. Plaintiff argues 20-Step 1 and Step 2 Grievances made her, "on notice."

14. A meeting on May 2, 2019, between Hollis, Lt. Crist and plaintiff took place at 0900 hours. On May 8, Hollis represented at approximately 1500 hours, Minton approached Major Ginsel to override the 0900 meeting. (attached hereto as Exhibit 6 and incorporated hereafter for all purposes) is the lay-in for plaintiff to go to the law library, which opposes the May 2nd meeting and a May 9th communication that Ginsel went to the law library "specifically because of you." [plaintiff]

15. Plaintiff is 60 years old, has been confined to a cane and is not a security risk. Plaintiff contends Ginsel and Minton have retaliated against plaintiff.

16. On July 31, 2018, plaintiff had a "slip and fall" in the kitchen.

⑤

16. (Cont.)

The Food Service Captain, three sargeants and several Kitchen supervisors have tried to place plaintiff, "medically unassigned." Each request denied by Ginsel, plaintiff asserts, for exercising his rights. On May 9, 2019, Dr. Kendall, entered a "wet floor/uneven surface" restriction on plaintiffs profile. (HSM-18) On May 28, 2019, the DMS provider, Ms. Smock said she could see the restriction, only TDCJ Security personnel could override the restriction.

17. Defendant Ginsel is with conscious and deliberate indifference, subjecting plaintiff to serious harm and bodily injury.

18. Defendant Sizemore in Step 1 Grievance #2019116060, denied treatment of Robaxin, to provide medical attention for plaintiffs chronic pain. Plaintiff did receive medication, inspite of Sizemore's Eighth Amend violation

19. As of this writing there are eight (8) step 2's that are "in process." Two (2) of them, #2019099355 and #2019095486 were closed on May 24, 2019 according to the I-60 sent to plaintiff on 6/12/19 by defendant Rainey. They have not been delivered, plaintiff accuses defendants of Tampering with Government Documents.

20. Rainey makes clear CGO (Central Grievance Office) forwards by "truck mail," plaintiff contends 2-5 buses per day, 5 days a week arrive with mail.

⑥

20. (cont.)

(attached hereto Exhibit 7, incorporated hereafter for all purposes) Plaintiff maintains Exhibit 7 is "compliance that meets Exhaustion requirements"

21. Plaintiff has allowed review to defendant Bowman, Lt. Crist and Sgt. Cunningham and Prentice. The general consensus, defendant's Minton and Ginsel have retaliated against plaintiff.

22. On June 6, Plaintiff asked defendant Yancy to contact O.I.G., (Office of Inspector General). Later that day, another Trusty advised plaintiff, defendant Yancy to defendant Hollis that plaintiff visited him [Yancy], and asked, "why did you send him?" The question remains, is O.I.G. aware of violations of conduct, Constitutional Law, policy, procedure or rules?

⑦