IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

BRETT DAVID BOGUS
TDCJ # 02023182
          Plaintiff

V.

LORIE DAVIS, Director
Texas Department of Crim Justice
Ricky Minton, LEE ANN SPEARS-
HOLLIS, ANDREW GINSEL,
MICHAEL SIZEMORE, TAMMY
RAINEY, BRADLEY YANCY, JIMMY
BOWMAN, VERNON MITCHELL,
individually and in their official
capacities,        Defendants

COMPLAINT

Civil Action No. _____

## I. JURISDICTION & VENUE

1.    This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3) Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Fed-

①

eral Rules of Civil Procedure.

2.    The Tyler/Eastern District is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II.  PLAINTIFF

3.   Plaintiff, BRETT DAVID BOGUS, is and was at all times mentioned herein a prisoner of the State of Texas in the custody of the Texas Department of Criminal Justice. He is currently "in custody" in The Powledge Unit, Palestine, TX., Anderson County.

## III.  DEFENDANTS

4.   Defendant, LORIE DAVIS is the Director of the Texas Department of Criminal Justice. She is legally responsible for the overall operation of the Department, and each institution under its jurisdiction, including Powledge.

5. Defendant, RICKY MINTON is a Correctional Officer of the Texas Department of Criminal Justice who, at all times mentioned in this complaint, held the rank of C.O. V and was assigned to Powledge

6. Defendant, LEE ANN SPEARS-HOLLIS is a Library Supervisor-Access To Courts manager for Texas Department of Criminal Justice who at all

②

times mentioned in this complaint, held the rank of Librarian and was assigned to Powledge.

7. Defendant, ANDREW GINSEL is a Correctional Officer of Texas Department of Criminal Justice who, at all times mentioned in this complaint, held the rank of Major and was assigned to Powledge.

8. ~~MICHAEL S~~ Defendant, MICHAEL SIZEMORE, is a Medical Liason with University of Texas Medical Branch and has represented association with Texas Department of Criminal Justice, who at all times mentioned in this complaint held the position of Program Manager, assigned to Powledge.

9. Defendant, TAMMY RAINEY, is an Investigator of the Texas Department of Criminal Justice who, at all times mentioned in this complaint held the position of Investigator II and was assigned to Powledge.

10. ~~Bradley~~ Defendant, Bradley Yancy is a Correctional Officer of Texas Department of Criminal Justice who, at all times mentioned in this complaint, held the rank of Sargeant and was assigned to Powledge.

11. Defendant, Jimmy Bowman is the Warden of Powledge, He is legally responsible for the operation of Powledge and for the welfare

③

of all the offenders in that prison.

12.    Defendant, VERNON MITCHELL, is the Assistant Warden of Powledge. He shares the legal responsibilities for the operation of Powledge and for the welfare of all the offenders in that prison.

13.    Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

## IV  FACTS

14.    Plaintiff contends between March 2018 through June 19, 2019 that defendants have conspired to intentionally harm, injure and violate Constitutional Rights protected in the First Amendment, regarding Access To Courts; Eighth Amendment Rights of conscious and deliberate indifference, "cruel and unusual punishment" and The Due Process and Equal Protection Clauses of the Fourteenth Amendment. The actions, acts and words, are memorialized in Step 1 and Step 2 Grievances (over 25 of them), the 176th District Court of Harris County-plaintiff's, art. 11.07 and Southern District of Texas, Houston Division, Cause H-19-122 where Judge Sim Lake advised, per ORDERS, "seek §1983 relief."

④

15. Upon information and belief, conspiratorial conduct has created a hostile environment of harassment, retaliation and punishment for Plaintiff having exercised activities mandated by federal and state legislators and agency directors.

16. Defendants have engaged in fraud, misrepresentation of material facts and tried to cover up their bad acts.

17. Plaintiff further declares at minimum, 16 potential witnesses, are aware of material facts - the evidence is clear and convincing - (The enclosed Exhibits)

## V. EXHAUSTION OF LEGAL REMEDIES

18. Plaintiff, Brett David Bogus, has used and is using the prisoner grievance procedure available at Powledge to try and resolve problems. Plaintiff's Exhibit 7, lists eight (8) Step 2's filed between 4.15.19 and 6.11.19. Another, Step 1 was filed on 6.19.19 - constitutional violations, harming plaintiff are ongoing.

## VI. LEGAL CLAIMS

19. Plaintiff reasserts and maintains in both complaints and incorporates by reference paragraphs 1-22 and 1-17

⑤

20. The denial of Access To Courts; conscious and deliberate indifference; conspiratorial, bad faith, and misconduct with regard to medical needs; un-safe conditions due to harassment and retaliation; violated plaintiff Brett David Bogus' rights and constitute A) Denial of Access To Courts First Amendment; B) cruel and unusual punishment-Eighth Amendment and The Due Process and Equal Protection Clauses of the Fourteenth Amendment, to the United States Constitution.

21. The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

## VII PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judg-ment granting plaintiff:

22. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

23. A preliminary and permanent injunction ordering defendants, Lorie Davis, Ricky Minton, LeeAnn Hollis, Andrew Ginsel, Michael Sizemore, Tammy Rainey, Bradley Yancy, Jimmy Bowman, Vernon Mitchell and Texas Department of Criminal Justice, cease denying access to courts, stop instituting arbitrary rules, provide medical treatment, cease harassment and retaliation and conduct a thorough independent audit of all records alluded to in logs regarding access to courts.

24. Compensatory damages in the amount of $1,000.00 against each defendant, jointly and severally

25. Punitive damages in the amount of $2,500.00 - $5,000.00 against each defendant.

26. A jury trial on all issues triable by jury.

27. Plaintiff's costs in this suit

28. Any additional relief this Honorable Court deems just, proper and equitable.

Dated: June 23, 2019

Respectfully submitted
Brett David Bogus - 02023182
Powledge Unit ~ S. Dorm 29
1400 FM 3452
Palestine, TX  75803

VERIFICATION
UNSWORN DECLARATION

I, Brett David Bogus, have read the foregoing complaint and hereby verify that the matters alleged, Exhibits introduced, therein are true, except as to matters alleged on matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of June, 2019- in Anderson County, TX.

Brett David Bogus
Brett David Bogus
Plaintiff

(8)