EXHIBITS

1. Grievances
   6 - Step 1
   2 - Step 2  } Carbon Copies

2. I-60's
   Dated 3/23, 4/5/18, 9/26/18

3. Letters & I-60's to Wardens
   4/22/18 - To Polk, 1 page
   10/11/18 - To Berger, 1 page  } Carbon Copies
   1/10/19 - To Mitchell, 2 pages
   6/5/19 - To Bowman, 1 page - 3 - I-60's 5/28, 5/30, 5/31
                                (all returned 6/19/19)

4. I-60's
   Dated 4/5/18, 4/16/18

5. I-60's
   2 - Dated 4/6/18
   1 - Dated 4/3/19
   Disciplinary Case # 20190192029
   1 - Dated 4/20/19

6. Story Line on Lay in
   5.2.19 - Explanation
   5.3.19 - Lay in
   5.9.19 - Explanation

7. I-60 from Ms. Rainey
   Explaining why Step 2 Grievances were more than 3 weeks late