

# Texas Department of Criminal Justice

## STEP 1     OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: *Exhibit 1* |
| Date Received: |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Offender: |

Offender Name: Brett Bogus     TDCJ # 02023182

Unit: Powledge     Housing Assignment: S. Dorm 29

Unit where incident occurred: Powledge

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Yarborough, Ms. Zergermann     When? 4/13/18   17:15 (time)

What was their response? Sgt. acknowledged "no control or in/at to L.L., Ms Z phoned, "check the mail" was Minton's response & I can't come over."

What action was taken? Nothing they could do but witness - NO DELIVERY

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The arbitrary capricious and unreasonable administration of the Powledge Law Library continues. This offender has been prejudiced in violations of TDCJ policy, Texas and United States Constitution. Being denied "Access To Courts" has been brought to the attention of Wardens Polk and Garcia and Major Ginsel by I-60 on 4/9/18, U.S.P.S. on 4/12 to the Ombudsman, and Access To Courts in Huntsville. The evidence and proof is clear and convincing that Mr. Minton and Mr. Spears have damaged, harmed and injured Bogus; that animus bias and malice exist, that these actions acts and words constitute an ongoing scheme. Bogus further asserts gross negligence and fraud. Because there are other concerns, complaints, grievances and litigation - any deception, mis-statement and perversion of the truth by these TDCJ agents and/or employees, Offender asks for intervention and relief. The delays and deprivation continues to inhibit research necessary and has intimidated other offenders preventing the ability to confer as well as raise concerns of retaliation. Ms. Spears has intentionally and willingly participated, Mr. Minton has expressed his intention to prohibit Bogus access to building attendees of the law, being Trusty Camp deliveries were not made to this offender 4/6, 4/9 or 4/13 - This week.

Respectfully submitted

Brett Bogus

---

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *That the Texas Rangers or Anderson County Investigators (either/or) be assigned to audit and/or interview Minton, Spears, Bogus, regular attendees of Law Library and audit I-60 records*

**Offender Signature:** _Brett Brew_                                     **Date:** _4/13/18_

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days.  *

☐ 3. Originals not submitted.  *

☐ 4. Inappropriate/Excessive attachments.  *

☐ 5. No documented attempt at informal resolution.  *

☐ 6. No requested relief is stated.  *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language.  *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible.  *

☐ 11. Inappropriate.  *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

3/15
A/24 Step1
2018123279



## Texas Department of Criminal Justice
# STEP 2
### OFFENDER GRIEVANCE FORM

Offender Name: _Blake Bogus_  TDCJ # _02023182_

Unit: _Rutledge_  Housing Assignment: _5 Dorm 24_

Unit where incident occurred: _Rutledge_

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

Respectfully, the disingenuous response from Warden Polk, was brushed by, both the 2 and Sgt Yarborough were present when legal materials were due to be delivered. Sgt Yarborough was not questioned by anyone representing TDCJ. That is the reason of being "DENIED" Access To Courts. ② The only policy presented to this offender regarding material delivery has been ATC-0080 (Rev.6) dated November 1, 2012. Legal materials are to be delivered "once checked out." Any deviation of that policy must be approved. Again ATC-0080 is clear, deviation is a "DENIAL of Access To Courts." ③ Specific materials Medcalc & Anthony Venus's Texas Court Annotated, Texas Legal Directory, to be (DENIED) delivery or even the Holding Act is another DENIAL of Access To Courts. ④ The arbitrary, capricious rule changes is a violation by its series of PD-22, Rules 7, 10, 20, 22(b), 37, 41 and BP 3.81. ⑤ On 90-Plus+ days materials have not been sent by trust mail or delivered (Step1 Grievance # 2018123279) [ill.] the [ill.] assuming the legs were checked, based on the blade's comment I asked Mr Seas is guilty of Tampering with the Government Document, a violation of Texas Penal Code § 34.10 and also I'll also have been damaged, harmed and injured by [ill.] withheld access but restricted adequate law "Prison officials must assist inmates in preparation and filing of [ill.] papers." Bounds v. [ill.] 430 U.S. 817, 828, 175, Ct 1899 (1977). ⑥ Grievance 2018112416 has not been returned in this policy and to be deprived § 1983 filing force (USC) could produce a procedural default. Again the unit Law Library has "DENIED" Access To Courts. Corrective measures in the form of oversight should be made as the damage, harm and injury all but the time by.

X _B.B_

X BB

**Offender Signature:** _Brett Bogn_  **Date:** _5/15/18_

**Grievance Response:**

**Signature Authority:**_____   **Date:**_____

Returned because:     *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)                                    **Appendix G**

## Texas Department of Criminal Justice

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Brett David Bogus    TDCJ # 02023182

Unit: Powledge    Housing Assignment: S. Dorm 29

Unit where incident occurred: Powledge

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mr. Minton, Law Library    When? 8/8/18

What was their response? Keep books 8 hours

What action was taken? Picked up 5 hours after intake, failed to re-deliver

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 7/27, 8/6 and 8/10, the law library failed to deliver requested materials. I have active action in the trial court and I am being harmed by potential time bar. On 7/28, after discovering I-60s, I wrote an apology by I-60. The 7/30 response was, "...in your the mind the world is out to get you... You are not that important to me." Mr. Minton has falsely accused me of intimidation, ulterior motives regarding transfer to the trusty camp and has spread rumors about me to offenders and staff, in violation of TDCJ policy. In June 2018 18 Exhibits of conspiracy fabrication and fraud, impacting the complaintant, detective and state know before trial ~ were filed as "New Evidence"... so, yes, I can prove my allegations. Mr. Minton's animus, bias and prejudice constitute misconduct and retaliation violating Rules 10, 20, 22b, 37 and 41 of PD-22. The continued failure to comply with ATC-0080(Rev) is the only directive exposed and produced. Allegedly, emails and phone calls from Huntsville exist, but I am not permitted to see them. I contend arbitrary, capricious and unreasonable rules without prior approval and an ongoing scheme to harm and injure me. Regardless of the monotony of the job; send my books, make copies, provide materials, embrace your duty and provide "assistance" as mandated by State & Federal legislators. I have no desire to be moved to the building. I am not now, nor have I ever been a security risk. The staff has been schooled their actions, acts and words are deliberate and willful. On 8/8, I ordered 2 books were delivered to the kitchen during count time. I was advised that the staff was not following procedure and was asserting another rule, "8 hours of use." I worked until noon and was told "have them in Sgt. office by 9 a.m. Thursday." At 16:00 hrs ~ I was advised, "turn em in by 5 p.m." The books arrived on 8/1/18 and took a week to be delivered, they are suppose to be made available immediately. Second, I was denied 8 hours. Third, another rule change. Intent to oppress and retaliate have criminal implications ordinarily. I simply want access - malice is clear. I am seeking relief in my free world cases and have no desire or intent to engage TDCJ which I've maintained since March, in writing. On Thursday, 8/9, a call to South Dorm was relayed, "does Bogus want the books tomorrow?" [paraphrased].

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

My response, Yes, On 8/10 (Friday) the books were not delivered nor the customary delivery of requested materials, when IntraLoan supercedes my request. This is the essence of intentional infliction of emotional distress, oppression, retaliation and denial of Access To Courts.

**Action Requested to resolve your Complaint.** I simply want consideration and flexibility regarding requested materials on the Holdings List and the retaliation to cease

**Offender Signature:** Bett Box                    **Date:** 8/11/18  18:00 hrs.

**Grievance Response:**



**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**



# Texas Department of Criminal Justice

# STEP 2   OFFENDER GRIEVANCE FORM

Offender Name: Brett Bogus    TDCJ # 2623182

Unit: Rutledge    Housing Assignment: 5. Dorm 29

Unit where incident occurred: Rutledge

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

Step 1 Grievance # 2018180141, returned on 9/27/18 addresses numerous infractions and a continuing and ongoing scheme of retaliation by Ricky Minton, law library assistant. His behavior, and it is his duty raised but not addressed are: 1) Failure to deliver any or partially requested materials; 2) Abusive language; 3) Failure to comply with Constitutional, ministerial, procedural and statutory duties; 4) Arbitrary, capricious and unreasonable rules without prior approval - ATC-080; 5) Retaliation; 6) Intentional infliction of emotional distress; 7) Harassment; 8) Oppression.    Respectfully, this offender submits 3-4 legal material delivery requests per week. ATC-080 is violated by a practice of abuse. I have to be "failure to provide materials." Cause # 18-2473, 176th District Court, on 8/15 "True Bill" a motion this offender alleges. Materials returned denied has arranged, handed and voided, the campus, fans and police is clear. He receives I-60 communication, is in charge of the visit logs that require oversight. Mr. Minton has made clear, as afore said, he knows how to avoid detection and "no one will believe you against me." On more than one occasion he has blamed the mailroom for "Lorey I-60," an allegation Ms. Bradley vehemently denies. Earlier, at the revelations exposed at Lorey I-60 in June 2018, clearly TDCJ staff does numerous acts, obstruction, and mount crimes against offenders. In no way, as I seeking transfer to the building, my desire is a thorough investigation of the tapes, Rutledge camp personnel including Sgt. Yarbrough and Medina and compliance with ATC-080 and any applicable directives, I.O.C.s. On numerous occasions I have attempted and that it is the continuing pattern and refusal to allow access immediately to retaliation of District. I find this futile until a proper investigation is conducted.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

**Offender Signature:** _Brett Pason_    **Date:** _9/9/18_

**Grievance Response:**

**Signature Authority:**_____    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3ʳᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)                                                    **Appendix G**

## Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Brett Bogus          TDCJ # 02023182

Unit: Powledge          Housing Assignment: S. Dorm 29

Unit where incident occurred: Powledge

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Vicky Minton / Law library assistant          When? 9/28/18 approx 10³⁰-11am

What was their response? Admission to cussing me out, justification

What action was taken? Nothing clear cut

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 9/28/18 while waiting for legal mail, Mr. Minton approached me, in violation of procedure ~ not to confront an offender while a Grievance is being investigated. First he tried to justify his abusive and offensive language on 9/17/18. On that day he said he read an I-60. Today he said, the warden (Mitchell) made no mention of my appreciation of providing Texas Legal Directories. Regardless of "shifting blame," he lied about reading the I-60 and admitted cussing me out for communicating to the warden. Second he said, "if I wanted to "F*#ck you over" I would doctor the logs." That is mental culpability ~ intentional mental state to harm this offender. I requested Interloan Books on 8/13. On 9/26 I was advised "there is no record, rec, but your request..." Since I've been told write Interloan requests S... daily, it apparently disappeared. Third he quoted a 2005 TDC directive but has never produced it. I've requested the Law Library Procedural Manual it's on the Holdings list but I was DENIED access. Fourth I have been denied I-60's because of the 'tone' of my written requests. If 'please' 'thank you' and 'pleading' is offensive ~ possibly sensitivity training might need to be addressed. Fifth, Constitutional Rights of Access To Courts should be adequate law library and staff assistance ~ clearly proved a deficiency and oversight is harming this offender. The intentional and willful conduct to disregard policy constitutes PD-22 violations, Rules 2, 10, 20, 22(b), 37 and 41. Suppose an audit back to December 2017 exactly how much paper I've been forced to use because materials were denied. Sixth, there are no consequences for the arbitrary rules. Mr. Minton admitted to 'nothing approved' after making a decision. That violated ATC-0080 (Rev6). This offender has requested Grievance Numbers for Step 1's signed on 8/11, 9/1, 9/19 and this one dated 9/19. Ms. Byrd has not forwarded any answers ~ I.C.s to request on 8/12, 8/22, 9/5, 9/27, and another request was denied with this Step 1. Seventh, I have never raised my voice, follow the procedures as the only directive produced is ATC-0080 (Rev6). In referencing 'phone calls and emails,' the email communication is not available for scrutiny and verbal communication is not acceptable unless a order. Mr. Minton attacked my having been self employed as a shortcoming, but uniformity of procedure is applicable across TDCJ. All units must comply with Access to Courts, on 18 occasions materials that at

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

Appendix F

been delivered. Respectfully, I am not afraid and being told, I went to HR and chose my career path" regardless of motive ~ is not my business or concern. I am not a hater but based on a 6 month track record of abusive language misconduct and intentional and willful deprivation of materials, just provide me what I am entitled to. I will do my part, telling me you were going to call me to the building to pick up I-60's may seem humorous to an employee but multiple stip downs seems pretty immature and childish. This staffer represented providing materials but on 18 occasions NOTHING was sent. That intentional deprivation violates PD 22 Rule 41 and combined 6 weeks of Access To Court. $200' Friendship is based on trust and loyalty and honesty, none of which I've experienced.

**Action Requested to resolve your Complaint.** I want a thorough investigation, transfer to a medical unit preferably in the Angleton Region. Any "J Smith" who investigated grievance 2018 133509

**Offender Signature:** Brett Boyd                    **Date:** 9/29/18

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



## Texas Department of Criminal Justice

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Brett Bogus    TDCJ # 02623162

Unit: Powledge    Housing Assignment: S. Dorm 39

Unit where incident occurred: Powledge

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mr Spears and Mr. Minton    When? 10/12/19 approx 15:00

What was their response? Sr. Law I-60 before a Grievance where are Texas around the time printer was down

What action was taken? "Matter/Grievance Resolved". I disagree!

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 10/12, Powledge law library's "resolution to a grievance, communicate by I-60 and here are Texas reprinted" does not address gross misconduct, nor deliberate interference per Policy described in BP03.81. On 10/15, Mr. Minton chose to address, "unofficial" business when he falsely alleged "manipulating the system." Again, BP 03.81 allows any permits offenders to consult and discuss their legal issues. It is a violation of TDCJ policy for an agent, employee or representative to approach, contact or harass an offender during an ongoing investigation. Minton has accused this offender of attempting to intimidate him when I attend F 1983 forms. Further, he also asserts the intentional and willful violation of ATC-031 (Rev.6) II (J), which reads, "staff shall ensure that the offender that requested legal research, or legal advising through receipt" material were delivered 5 days prior to being presented and no permits or at least none made." The failure to comply with constitutional, both federal and state mandates has damaged, harassed and injured offender. On 10/17, offender requested materials to John delivery. Two of those items delivered were not requested, further depriving offender, a specific PD-22 Rule 41, violation. A minimum of 19 times deliveries have been either denied partial and/or incomplete — that equates to already 20% of the time. Having asserted an ongoing conspiracy, offender maintains the U.G.I. has refused to provide Grievance number to do I submitted on 10/10, 10/13 ~ the re-written 9/19 "mysterious disappearance Grievance and attachments, and pursuant to a 10/2 investigation initiated by Lt. Karnes ~ there has been no response to I-60's sent to Wardens Berger and Mitchell, Major Ginsel and Lt. Karnes to either copy/attach evidence or attempt to research and present/discuss a resolution. At the request Lt. List "have the law library pull cases" — that too was denied by Mr. Minton.

Regardless of the policy, it is the ongoing conduct and intentional harm and interference by the staff's lattitude.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

**Action Requested to resolve your Complaint.** In addition to a thorough investigation a letter acknowledging the issues of "access to courts" written for the trial, appellate and Court of Criminal Appeals. Time bar issues have intentionally harmed offender

**Offender Signature:** Brett Bogan    **Date:** 10/24/18 23:45 hrs

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



# Texas Department of Criminal Justice

## STEP 1

## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Brett Bogus    TDCJ # 02023182

Unit: Powledge    Housing Assignment: S. Dorm 29

Unit where incident occurred: Powledge

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Cunningham    When? 5/19/19

What was their response? "File a Grievance"

What action was taken? I write this - reaching out to my family

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 5/16/19 I presented an I-60 notifying the law library, I am prepared to receive the 6 month ITF information that I must necessary file "in Forma pauperis" certification and send my $224 to the Federal Court. Mr. Minton (Minton), was the "Responsible party" on I-60, was entrusted to operate the department. The failure to comply, cooperate or assist - unacceptable. Minton chose to "Fear for his safety" around Sgt Cunningham or Lt Crist is ludicrous - and is a result of Minton's abusive and offensive language - he has called offenders, pieces of Shit, witnessed by Sgt Cunningham and Lt Crist - and are "Not Guilty" after he wrote a retaliatory Disciplinary case. As the "acting" supervisor his duty and responsibility is to overcome, resolve and assist. His conscious, deliberate indifference is clear evidence of retaliation and violates PD-22, Rule 27(b), Texas Penal Code § 36.06, First Amendment of U.S. Constitution and Art. 1 §/19 of the Texas Constitution. His actions prove the false accusations - clearly. The package did not move. No other official notified anyone. On 5/8/19, Ms. Hollis advised this offender Minton attempted to circumvent delivery of materials (ATC-08). On an her I-60 to me, declares "the Major approached him (Minton) about you." Why is Major Ginsel interfering law library operations? Ms. Hollis further advised me - she immediately went to the warden because the Major authorized a "legal Book Pick up" - which Lt Crist confirmed. Respectfully, full compliance is a Constitutional Right — Not subject to rogue rules, arbitrary and capricious changes that prove - conspiracy. Direct or circumstantial evidence is adequate to prove guilt. Rarely is tangible proof this available. Eventually, persons need to be put in place to protect offenders from [illegible] that show to be harms of [illegible] freedom. Minton's paranoia about my helping this research, this time frustrating, and ignoring and storing offender's information are clear PD-22 Rule violation. I suppose he is challenged that I will not break the rules and/or that he so totally causes on. I do not need any more than the authorized entitlement by ATC-08 is equal to [illegible] over, because TDCJ has tolerated misconduct for so long, and accepted behavior that would not be tolerated outside of this agency. Deliberate Indifference in this situation by

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

_[handwritten text, partially illegible]_ ... rights and privileges in violation of Texas Penal Codes § 39.04 and for mistreatment on the part of Martin and Mr. Hollis, or outlaw other offenses § 39.04 and § 37.10. Taking the time to think first and not react to the contrary discipline a prudent non-corrective, as the law library continues to violate TDCJ practices, policy rules and the State and Federal Constitution.

**Action Requested to resolve your Complaint.**

An unbias investigation to review Grievances submitted against Powledge law library personnel, question Sgt Cunningham practice and Lt list regarding their beliefs, impressions and thought. Resolve these issues.

**Offender Signature:** _Britt Bryan_  **Date:** _5/10/19_

**Grievance Response:**

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**  *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY |
| Initial Submission    UGI Initials:_____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| 2nd Submission    UGI Initials:_____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission    UGI Initials:_____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Brett Bigus    TDCJ # 02023182

Unit: Powledge    Housing Assignment: S. Dorm 29

Unit where incident occurred: Powledge

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Cunningham    When? 6/17/19

What was their response? "I don't like being in the middle of this" - I do not blame her I don't either

What action was taken? Mutar continues to deprive materials and misrepresent facts - I do what I gotta do!

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 6/10, 6/14 and 6/17 - Hollis and Mutar were specifically directed not to deliver legal materials per ATC-08 and the lockdown procedure. Since March 2018 - 31 times no delivery has been made to this offender nearly 20% of the time (31 out of = 187 chances) My requests are consistent and timely, respectfully - I would contend either a medical episode or retaliation and denial of access to courts. "the issue the Pow ledge law library makes arbitrary rules, refuses to deliver or post "policy" and is guilty of intentional infliction of emotional distress, misrepresentation of material facts and refuses to assist this offender comply with deadlines. all in violation of PD-22 rules ranging from level 4 to level 1 - harassment and retaliation. My Baggett, Ms Cain and Zegeman, are made aware, on notice for the continued deprivations. When does the UCI or Wardens notify OIG and a real investigation take place. Rarely is direct evidence as available as in this case. Accountability is not just expected - it is mandated by federal and state legislators, Constitutions and supposedly TDCJ officials. "Intent" is an essential element of a crime and shatters the immunity shield for those acting (in appropriate terms) under "color of law". Clearly Mutar and Hollis have no concern for ethics, integrity or rules - because they ignore them, and conduct regardless of behavior is tolerated - but eventually someone will question Lt Crist, Sgt Cunningham, Mr Baggett, Mr Bailey, Ms Cain, and confirm the true belief of employees of the agency.

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

**Action Requested to resolve your Complaint.** FORCE THE LAW LIBRARY TO COMPLY with ATC-010, deliver materials, place a trusty as a clerk to make sure requests (I-60's) are properly processed. Notify O.I.G.!

**Offender Signature:** Britt Bogan    **Date:** 6/19/19 00:30 hrs.

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**