Subject:

← Black's Law Dictionary, 9th Ed (green) Please
88 F3d 347
927 SW 2d 177   — Please provide blank paper
Need definition for viveslo                  so I can make I-60 's
not Delenin Block Holdings List               — Thank You

We make copies of words you

MAR 2 ? 2018

Name: Brett Bogus   No 2023182   Unit: Powledge
Living Quarters: S Dorm 29   Work Assign: Med Squad

Rec'd 3/23

You can get I-60's on your Dorm — We do not
Provide blank paper or I-60's unless your in
the law library —

SUBJECT: State briefly the problem on which you desire assistance.

Access to Courts Manuel — you cannot have the Manuel
Civil Practice and Remedies Chapter 103 —
Civil Practice and Remedies Chapter 111 — need section —
Civil Practice and Remedies Chapter 105 —

Name: Brett Bogus                     No: 2023182   Unit: Powledge
Living Quarters: S. Dorm 29   Work Assignment: Med Squad

DISPOSITION: (Inmate will not write in this space).
I have confirmed with ATC that you need to request specific
sections under each chapter. If you need a TOC, for
a chapter, request it.

Rec'd 4/5/18

Hinton

I-60 (Rev. 11-90)

Plaintiff's request - ignorred

SUBJECT: *State briefly the problem on which you desire assistance.*

I would appreciate knowing the status of my last Intra-Loan Request ~ Please dated 8/13/18

Thank you ?

Name: Brett Bogus    No: 2023182    Unit: Pewledge

Living Quarters: S Dorm 29    Work Assignment: Kitchen I - T.C.

DISPOSITION: (Inmate will not write in this space)

rec'd 9/26/18 I do not have an intra-loan request pending for you. Resubmit so I can get it ordered.

☆I-60 (Rev. 11-90)



**SUBJECT:** *State briefly the problem on which you desire assistance.*

Please provide me the status of my 3/14/19, Intra Loan request. Also, when will you deliver materials requested on 4/14/19

Thank You

RECEIVED
APR 16 2019

Rec'd 4/16/19
Name: Brett Bogus          No: 2023182          Unit: Powledge
Living Quarters: S. Dorm 29     Work Assignment: Kitchen I-T.C.

**DISPOSITION:** (inmate will not write in this space)

① We have no records of an intra-loan request for 3/14. Currently, you have no open intra-loan requests.

② Your request dated 4/14/19 was rec'd on 4/15. Accordingly, it will be delivered on the next scheduled delivery day — 4/17/19.

Plaintiff maintains spoliation of evidence

There is no language in TDCJ material

☆I-60 (Rev. 11-90)