Exhibit 4

Some of these chapters contain 50+ subchapters.

What is the date of the email from Huntsville?

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Access to Courts Manuel — you cannot have the Manuel

Civil Practice and Remedies Chapter 103 —

Civil Practice and Remedies Chapter 11 — need section —

Civil Practice and Remedies Chapter 105 —

Name: Brett Bogus    No: 2023182    Unit: Powledge

Living Quarters: S. Dorm 29    Work Assignment: Med Squad

**DISPOSITION:** (Inmate will not write in this space)

I have confirmed with ATC that you need to request specific sections onwer each chaptor. If you need a TOC, for a chaptor, request it.

Rec'd 4/5/18

Minton

I-60 (Rev. 11-90)

SUBJECT: State briefly the problem on which you desire assistance.

Civil Practice and Remedies Chapter 26
Civil Practice and Remedies Chapter 41
Civil Practice and Remedies Chapter 101
§ 1983 Forms (2)

I am requesting the entire chapter — however, you will do what you choose

Name: Brett Bogus    No: 2023182    Unit: Powledge

Living Quarters: S. Dorm 29    Work Assignment: Med Squad

DISPOSITION: (Inmate will not write in this space)

No, I will do what ATC says we are to Serve your request for 1983 forms on I-60.

APR 16 2018

-AL60 (Rev. 11-90)