IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

BRETT DAVID BOGUS
TDCJ # 02023182,
              Plaintiff,

V.

LORIE DAVIS, RICKY MINTON, LEE
ANN HOLLIS, ANDREW GINSER, MICHAEL
SIZEMORE, TAMMY RAINEY, BRADLEY
YANCY, Jimmy Bowman, Vernon
Mitchell, individually and in their
official capacities,
              Defendants

SUMMONS

Civil Action No._____

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiff, whose address is: Brett Bogus-2023182, Powledge Unit, 1400 FM 3452, Palestine, TX., 75803 an answer to the complaint which is herewith served upon you, ~~exclusive of the day of service~~ within 20 days of service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in this complaint.

Clerk of the Court

DATE:_____