June 24, 2019

United States District Court
Eastern District of Texas-Tyler
211 W. Ferguson, Room 106
Tyler, TX. 75702

Certified U.S. Mail # 7008 3230 0000 7693 4471

Re: §1983 Complaint ; Exhibits
Informa pauperis
Brett Bogus v. Lorie Davis

Dear Clerk,

Enclosed please find 2-In forma Pauperis, 2-Civil Right Forms, 1 copy of additional pages, a 2nd complaint, summons and exhibits to present to this Honorable Court. Plaintiff is not a legal professional, with no access to money or a copier.

Please date and time stamp any page and return in the self-addressed stamped envelope, for my records.

Notify the court at your earliest convenience, I understand fees will be assessed to my Inmate Trust Account, 20% removed, per the order of the court, each time funds are received, until balance is paid or settlement.

Thank you in advance for your assistance.

Sincerely
Brett Bogus - 2023182
Powledge Unit ~ S. Dorm 29
1400 FM 3452
Palestine, TX 75803-2350

Palestine, TX 75803

7008 3230 0000 7693 4477

United States District Court
Eastern District of Texas
211 W. Ferguson
Room 106
Tyler, TX.
75702